No. 171, Misc.   HOLDERFIELD *v.* RAGEN, WARDEN.  Certiorari denied.

No. 132, Misc.   MORRIS *v.* PEACOCK, SHERIFF, ET AL.  Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE MURPHY, and MR. JUSTICE RUTLEDGE are of the opinion that the petition for certiorari should be granted.   *W. O. Cooper* for petitioner.   *Eugene Cook,* Attorney General of Georgia, for respondents.